830 A.2d 912

IN THE MATTER OF SCOTT WOOD, AN ATTORNEY AT LAW (ATTORNEY NO. 002431988).

September 10, 2003.

ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 02–434, concluding that **SCOTT WOOD** of **MOUNT HOLLY**, who was admitted to the bar of this State in 1988, should be reprimanded for violating *RPC* 1.1(a) (gross neglect) and *RPC* 1.4(a) (failure to communicate with client);

And **SCOTT WOOD** having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And the Court having determined that respondent's unethical conduct warrants the imposition of a censure as the appropriate level of discipline;

And good cause appearing;

It is ORDERED that **SCOTT WOOD** is hereby censured; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State.